DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBIN REID,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3586

[January 24, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 10-6978CF10A.

Robin Reid, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***